UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*, <br><br> Plaintiffs, <br> v. <br> COMMUNICATION ENERGY TECHNOLOGY SOLUTIONS, INC., <br><br> Defendant, <br> v. <br> US BANK, N.A., <br><br> Garnishee. | Case No. MC17-0108RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Communication Energy Technology Solutions, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, US Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on August 31, 2017, at Dkt. # 1-3.

Dated this 1st day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT